

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR RODRIGUEZ-RODRIGUEZ aka OSCAR ANTONIO RODRIGUEZ,<br><br>Defendant. | Case No. SA 25-MJ-0308<br><br>ORDER OF DETENTION |

I.

On June 2, 2025, Defendant Oscar Rodriguez-Rodriguez [1] - assisted by a Spanish language interpreter - made his initial appearance on the criminal complaint filed in this case. Deputy Federal Public Defender Drew Havens was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Lauren Border. Defendant submitted on the recommendation of detention in the report prepared by United States Probation and Pretrial Services.

☐   On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒   On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive,

---

[1] Defendant stated that his true name was Oscar Antonio Rodriguez-Rodriguez.

or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the report and recommendation prepared by United States Probation and Pretrial Services.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ Unverified Background Information and unknown bail resources
- ☒ No legal status in the United States, family ties in Mexico,
- ☒ history of substance use,
- ☒ unstable residence – is homeless
- ☒ Defendant is alleged to have entered the United States without permission after being deported in 1997, 2002, 2016 and 2020.

As to danger to the community:

- ☒ criminal history includes misdemeanor convictions for obstruction, hit and run and drug related offenses and numerous law enforcement contacts, including for domestic violence
- ☒ substance abuse history
- ☒ alleged gang member

## V.

The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation

with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: June 2, 2025

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE